United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| QUENTIN THOMPKINS, | § § | CIVIL ACTION NO 4:24-cv-02081 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, *et al,* Defendants. | § § § | |

**MINUTE ENTRY**

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on December 18, 2024. All parties present and represented by counsel.

The Court addressed the motions by Defendants Harris County and Constable Salazar to dismiss the fourth amended complaint. Dkts 22 & 24. No response was made. It was observed that Defendants have three times previously moved to dismiss, which were mooted by amended complaints.

The motions to dismiss were GRANTED for the reasons stated on the record, in accordance with Local Rule 7.4. See also *Trevino v City of Fort Worth*, 944 F3d 567 (5th Cir 2019). Plaintiff was advised that he may seek relief from this order, including under standards pertinent to Rules 59 and 60, if desired and believed tenable.

An order of dismissal will enter separately.

Plaintiff was ORDERED to submit authorities as to whether dismissal in this context, including the number of prior motions and complaints, should be with or without prejudice. Such filing must be made by Monday, December 30, 2024. Defendants may make a responsive filing by January 9, 2025.

So ordered.

Signed on December 18, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge