United States District Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| QUENTIN THOMPKINS, | § | CIVIL ACTION NO |
| | § | 4:24-cv-02081 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HARRIS COUNTY, *et al,* | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

It was previously determined that this action was subject to dismissal. See Dkt 29.

Question remained whether such dismissal should enter with or without prejudice. The parties have submitted supplemental authority on this issue. See Dkts 28, 30 & 31.

Upon consideration of the authorities provided, it is ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. See *Watson v United States ex rel Lerma,* 285 Fed Appx 140, 143 (5th Cir 2008).

SO ORDERED.

Signed on February 13, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge